IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS A. CORREA BURGOS
MARIA L. FIGUEROA LEON

Debtor(s)

CASE NUMBER: 08-08555-ESL

CHAPTER 13

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**COME NOW, LUIS A. CORREA BURGOS and MARIA L. FIGUEROA LEON,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include an omitted unsecured creditor named MACY'S, balance owed $153.27, postal address PO Box 8058 Mason OH 45040-8058.*

2. The debtors have attached and given notice of the amendment and statement of purpose together with a copy of the original Notice of § 341 Meeting of Creditors to the Trustee, United States Trustee, and the added creditor.

**WHEREFORE**, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**: Be advised that in asset cases, notice is required informing the creditor of its right to file a Proof of Claim within ninety (90) days of service of the documents required by LBR 1009, or within the time set for previously scheduled creditors to file Proofs of Claim, whichever is later; or within such other time as allowed by Fed. R. Bankr. P. 9006(c) and ordered by the Court; and in a chapter 13 case, a notice informing the creditor of its right to

1

file complaints under 11 U.S.C. §§ 523 and 727, and objections to the debtor's claim of exemptions, within sixty (60) days of service of the papers required by LBR 1009, or within the time set for previously scheduled creditors to file those complaints or objections, whichever is later. It is also advised, that the extensions of deadlines granted by LBR 1009 apply only to those creditors added by amendment. Creditors added after the § 341 meeting of creditors has commenced are entitled to reconvene the 341 meeting, upon request to the United States Trustee, unless the Court orders otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Luis A. Correa Burgos & Maria L. Figueroa Leon Mirador Echevarria D11 Los Almendros Street Cayey PR 00736; to the creditor affected by the amendment: MACY'S, postal address PO Box 8058 Mason OH 45040-8058; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 7 day of April, 2010.

/s/*RobertoFigueroaCarrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS A. CORREA BURGOS
MARIA L. FIGUEROA LEON

Debtor(s)

CASE NUMBER: 08-08555-ESL

CHAPTER 13

### DEBTORS' VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of 2 **sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this 7 day of April, 2010.

_____
LUIS A. CORREA BURGOS

_____
MARIA L. FIGUEROA LEON

3

B6F (Official Form 6F) (12/07)

IN RE CORREA BURGOS, LUIS ARNALDO & FIGUEROA LEON, MARIA LUISA    Case No. 3:08-bk-8555 (232191)
                                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3778-113236-53159 BANCO POPULAR DE PR PO BOX 364445 SAN JUAN, PR 00936-4445 | | H | Revolving account opened 6/99 | | | | 16,984.00 |
| ACCOUNT NO. 541481070015 BANCO SANTANDER PO BOX 362589 SAN JUAN, PR 00936-2589 | | H | Revolving account opened 4/04 | | | | 9,333.00 |
| ACCOUNT NO. 7997 BANK OF AMERICA PO BOX 53132 PHOENIX, AZ 85072-3132 | | H | Revolving account opened 8/03 | | | X | 8,020.00 |
| ACCOUNT NO. 0360 FIA CSNA PO BOX 17054 WILMINGTON, DE 19884 | | H | Revolving account opened 5/98 | | | | 8,542.00 |

__1__ continuation sheets attached

Subtotal (Total of this page) $ 42,879.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE CORREA BURGOS, LUIS ARNALDO & FIGUEROA LEON, MARIA LUISA    Case No. 3:08-bk-8555 (232191)
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42-222-677-453-0<br>MACY'S<br>PO BOX 8058<br>MASON, OH 45040-8058 | | J | | | | | 153.27 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 153.27

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 43,032.27

CORREA BURGOS, LUIS ARNALDO
MIRADOR ECHEVARRIA
D-11 LOS ALMENDROS STREET
CAYEY, PR 00736


FIGUEROA LEON, MARIA LUISA
MIRADOR ECHEVARRIA
D-11 LOS ALMENDROS STREET
CAYEY, PR 00736


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR 00936-4445


BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589


BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132


FIA CSNA
PO BOX 17054
WILMINGTON, DE 19884


FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427


MACY'S
PO BOX 8058
MASON, OH 45040-8058